IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NANCY WOODS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:19-CV-01401-SRC |
| ) | |
| THE CIRCUIT ATTORNEY'S OFFICE ) | |
| OF THE CITY OF ST. LOUIS, et al. ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF VIDEOTAPED DEPOSITION

**TO:**      **Lynette M. Petruska**
              **Pleban and Petruska Law, LLC**
              **2010 S. Big Bend**
              **St. Louis, MO 63117**

**DATE & TIME:**     **March 12, 2020 at 9:30 a.m.**

**DEPONENT:**     **Nancy Woods**

**LOCATION:**     **Capes, Sokol, Goodman & Sarachan, P.C.**
              **8182 Maryland Avenue, 15th Floor**
              **St. Louis, MO 63105**

**VIDEOGRAPHER &**
**COURT REPORTER:**     **Alaris Litigation Services**
              **711 N. 11th Street**
              **St. Louis, MO 63101**

      PLEASE TAKE NOTICE THAT at the above date, hour and place, Defendants will take the deposition of the above witness, to be taken upon oral examination for the purpose of discovery, pursuant to the Federal Rules of Civil Procedure, before a certified court reporter, videographer, and notary public.  All parties are invited to attend and cross-examine.

Respectfully submitted,

**CAPES, SOKOL, GOODMAN & SARACHAN, P.C.**

By: */s/ David H. Luce*
    David H. Luce, #36050
    8182 Maryland Avenue, Fifteenth Floor
    St. Louis, Missouri 63105
    Telephone: (314) 505-5408
    Facsimile:  (314) 505-5409
    luce@capessokol.com
    *Attorneys for Defendants*
    *The Circuit Attorney's Office of the*
    *City of St. Louis, Kimberly Gardner,*
    *Robert Steele, Michael Warrick and Eula Simmons*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on March 5, 2020 the foregoing was served via this Court's electronic filing system upon all parties of record.

                                                  */s/ David H. Luce*