IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NANCY WOODS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:19-CV-01401-SRC |
| ) | |
| THE CIRCUIT ATTORNEY'S OFFICE ) | |
| OF THE CITY OF ST. LOUIS, et al. ) | |
| ) | |
| Defendants. ) | |

## AMENDED NOTICE OF VIDEOTAPED DEPOSITION

**TO:**  Lynette M. Petruska
Pleban and Petruska Law, LLC
2010 S. Big Bend
St. Louis, MO 63117

**DATE & TIME:**  March 12, 2020 at 9:30 a.m.

**DEPONENT:**  Nancy Woods

**LOCATION:**  Pleban and Petruska Law, LLC
2010 S. Big Bend
St. Louis, MO 63117

**VIDEOGRAPHER &
COURT REPORTER:**  Alaris Litigation Services
711 N. 11th Street
St. Louis, MO 63101

PLEASE TAKE NOTICE THAT at the above date, hour and place, Defendants will take the deposition of the above witness, to be taken upon oral examination for the purpose of discovery, pursuant to the Federal Rules of Civil Procedure, before a certified court reporter, videographer, and notary public.  All parties are invited to attend and cross-examine.

Respectfully submitted,

**CAPES, SOKOL, GOODMAN & SARACHAN, P.C.**

By:  */s/ David H. Luce*
David H. Luce, #36050
8182 Maryland Avenue, Fifteenth Floor
St. Louis, Missouri 63105
Telephone: (314) 505-5408
Facsimile:  (314) 505-5409
luce@capessokol.com
*Attorneys for Defendants*
*The Circuit Attorney's Office of the*
*City of St. Louis, Kimberly Gardner,*
*Robert Steele, Michael Warrick and Eula Simmons*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on March 5, 2020 the foregoing was served via this Court's electronic filing system upon all parties of record.

 */s/ David H. Luce*