# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| NANCY WOODS, | ) | |
| Plaintiff(s), | ) ) ) | |
| vs. | ) ) | Case No. 4:19-cv-01401-SRC |
| THE CIRCUIT ATTORNEY'S OFFICE OF THE CITY OF ST. LOUIS, ET AL., | ) ) ) | |
| Defendant(s). | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff Nancy Woods's [45] Motion to Compel Answers to Deposition Questions, [46] Motion to Order Defendant Gardner to Complete Deposition, and [47] Motion for Sanctions.

The Court denies [45] the Motion to Compel Answers to Deposition Questions and [46] Motion to Order Defendant Gardner to Complete Deposition. The Court denies, in part, [47] the Motion for Sanctions. The Court hereby directs the Parties to submit additional briefing on one issue raised in the Motion for Sanctions, described in detail below:

Regarding Issue No. 2 in Woods's Motion for Sanctions, the Parties shall submit written responses to the following questions no later than April 8, 2020. In accordance with the undersigned's requirements regarding discovery disputes, each party's written submission must not exceed two pages, single-spaced.

1. Did Defendants produce at least the "form showing the employee was terminated" for all terminated employees, or are there individuals for whom no documents at all were produced?

1

2. If only the form was produced for certain individuals, do other responsive documents exist?

3. Defendants represent "any non-privileged documents in any personnel file that related or pertained to a termination were produced." Were other documents withheld on the basis of privilege? Was a privilege log produced?

4. Related to the above, how are Defendants defining "related or pertain[ing] to" termination?

5. Why, if the Parties met and conferred as required by the undersigned's Judge's Requirements, did Woods never identify for Defendants the seven individuals at issue?

The Court denies [47] Woods's Motion for Sanctions as to Issue No. 4. Woods represents that she does not pursue sanctions as to Issues 1 or 3 "at this time." Thus, to the extent necessary, the Court denies the Motion for Sanctions on those issues.

Accordingly,

**IT IS HEREBY ORDERED** that [45] Plaintiff's Motion to Compel Answers to Deposition Questions, and [46] Motion to Order Defendant Gardner to Complete Deposition are DENIED.

**IT IS FURTHER ORDERED** that [47] Plaintiff's Motion for Sanctions is DENIED, in part, and held in abeyance pending additional briefing, in part, as set forth more fully herein.

So Ordered this 3rd day of April, 2020.

_SL R. CQ_

**STEPHEN R. CLARK**
**UNITED STATES DISTRICT JUDGE**